Robert B. FIZZELL et al., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE.

No. 12359.

Circuit Court of Appeals, Eighth Circuit.

Aug. 6, 1943.

John F. Rhodes, Justin D. Bowersock, and John T. Barker, all of Kansas City, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Bernard D. Daniels, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of Board of Tax Appeals, now the Tax Court of the United States, in all respects affirmed and petition to review dismissed without taxation of costs in favor of either of the parties in this Court, on motion of Commissioner of Internal Revenue for entry of judgment in accordance with decision rendered in the case of Lohman et al. v. Commissioner of Internal Revenue, 8 Cir., 133 F.2d 977.

William Roy MILLER v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 2831.

Circuit Court of Appeals, Tenth Circuit.

Sept. 10, 1943.

No appearance for either party.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Motion for review of order denying appeal in forma pauperis denied.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Sylvester G. LIPIC, Doing Business as Ritepoint Company.

No. 12715.

Circuit Court of Appeals, Eighth Circuit.

Sept. 27, 1943.

Robert B. Watts, Gen. Counsel, National Labor Relations Board, and Malcolm F. Halliday, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

Charles H. Spoehrer, of St. Louis, Mo., for respondent.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, etc., on petition for enforcement and stipulation filed with Board.

John Franklin RHODES, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 12357.

Circuit Court of Appeals, Eighth Circuit.

Aug. 6, 1943.

John F. Rhodes, Robert B. Fizzell, Justin D. Bowersock, and John T. Barker, all of Kansas City, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Bernard D. Daniels, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of Board of Tax Appeals, now the Tax Court of the United States, in all respects affirmed and petition to review dismissed without taxation of costs in favor of either of the parties in this Court, on motion of Commissioner of Internal Revenue for entry of judgment in accordance with decision rendered in the case of Lohman et al. v. Commissioner of Internal Revenue, 8 Cir., 133 F.2d 977.